STEWART TITLE COMPANY et al.

v.

FIRST FEDERAL SAVINGS AND
LOAN ASSOCIATION OF
BEAUMONT.

No. C-6698.

Supreme Court of Texas.

April 20, 1988.

Order of this court of November 10, 1987 granting the application for writ of error is withdrawn as the application was improvidently granted.

The application for writ of error is denied with the notation "Writ Denied".